UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                      ) | Criminal No: 21-cr-10001-NMG |
| ) | |
| NEAL GRUBERT,                ) | |
| Defendant.             ) | |

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(c), the parties hereby file the following status report prepared in connection with the status conference scheduled for May 14, 2021. In light of the information set forth below, the parties request that the hearing be cancelled and that an additional status conference be scheduled in lieu of returning the case to the district judge at this time.

(1)     Request for Rule 11 Hearing

The defendant does not, at this time, request that the case be transferred to the district judge for a Rule 11 hearing. The parties are still exchanging discovery requests.

(2)     Request for Pretrial Conference

Because the parties are still navigating discovery issues, they do not, at this time, move for a pretrial conference before the district judge. Instead, the parties request a further status conference before the magistrate judge. The parties offer the following information:

(A)     Counsel for the defendant is in the process of compiling a discovery request, which the government expects to respond to in short order. Apart from any specific requests, the government does not anticipate providing further discovery.

(B)     Following the requested production outlined above, counsel for the defendant will determine whether any other discovery requests are necessary.

(C) The defendant has not filed any motions under Fed. R. Crim. P. 12(b) and does not anticipate filing any such motions.

(D) All of the time has been excluded from the defendant's initial appearance through the date of the final status conference on May 14, 2021. There are no matters currently tolling the running of the time period under the Speedy Trial Act. The parties request that the time be excluded until the next scheduled status conference.

(E) The parties estimate that a trial in this matter would take approximately one week.

(3) Other Matters

There are no other matters specific to this particular case that would assist the district judge upon transfer of the case from the magistrate judge. The parties request that the case be scheduled for a final status conference in approximately 60 days to ensure sufficient time to negotiate the impending exchange of discovery.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

/s/ Sandra Gant                             By:    /s/ Anne Paruti
Assistant Federal Public Defender                  Assistant U.S. Attorney

Dated: May 13, 2021

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

/s/ Anne Paruti
Assistant U.S. Attorney

Dated: May 13, 2021