UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | Criminal No: 21-cr-10001-NMG |
| v.    ) | |
| ) | ***LEAVE TO FILE EXHIBITS*** |
| NEAL GRUBERT,    ) | ***UNDER SEAL REQUESTED ON*** |
| Defendant.    ) | ***3/28/22*** |
| ) | |

**EXHIBITS 2(a) and 2(b):**

Recording of Interview and Transcript of Interview
*(FILED UNDER SEAL)*