UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-cr-10001-NMG |
| ) | |
| NEAL GRUBERT, ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO FILE REDACTED VERSION OF GOVERNMENT RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully seeks leave to seal limited portions of its response to the defendant's Motion to Suppress (including at least one exhibit) and file a redacted version on the public docket. As reason therefor, the government states that the response contains reference to sensitive information that is protected from public disclosure pursuant to the Protective Order issued on September 18, 2020. The government's unredacted response to the Motion will be provided to counsel for the defendant pursuant to the Protective Order. Counsel for the defendant assents to this motion.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   /s/ Anne Paruti
Anne Paruti
Assistant U.S. Attorney

Date: April 25, 2022

## CERTIFICATE OF SERVICE

I, Anne Paruti, hereby certify that the foregoing was filed through the Electronic Court filing system and will be sent electronically to the registered participant as identified on the Notice of Electronic filing:

                                                        /s/ Anne Paruti  
Dated: April 25, 2022                               Assistant United States Attorney