UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NEAL GRUBERT<br><br>Defendant | CRIMINAL No. 21-CR-10001-NMG |

### ASSENTED-TO MOTION TO AMEND PROCEDURAL ORDER

The Court's sentencing procedural order requires the government to provide information about known victims to the Probation Office by July 19, 2023. Due to the international nature of the investigation in this case, the government is hereby requesting additional time to gather that information and provide it to the Probation Office.

The government therefore respectfully requests that the Court authorize the government to provide the requested victim information by August 16, 2023. The government has conferred with defense counsel and counsel assents to this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Ben Tolkoff
      BENJAMIN TOLKOFF
      LUKE GOLDWORM
      Assistant United States Attorney
      617/748-3183

*Motion allowed.* /s/ NMGorton, USDJ 07/19/2023