UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NEAL GRUBERT<br><br>Defendant | CRIMINAL No. 21-CR-10001-NMG |

ASSENTED-TO MOTION TO AMEND PROCEDURAL ORDER

The Court's sentencing procedural order requires the government to provide information about known victims to the Probation Office by August 16, 2023. Due to the international nature of the investigation in this case, the government is hereby requesting additional time to gather that information and provide it to the Probation Office from our international law enforcement partners in Sweden and from NCMEC.

The government therefore respectfully requests that the Court authorize the government to provide the requested victim information by September 8, 2023. The government has conferred with defense counsel and counsel assents to this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Luke A. Goldworm*
LUKE A. GOLDWORM
BENJAMIN TOLKOFF
Assistant United States
Attorney 617-748-3621

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

*/s/ Luke A. Goldworm*
LUKE A. GOLDWORM
Assistant United States
Attorney

Date: August 14, 2023