UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

NEAL GRUBERT

Defendant

CRIMINAL No. 21-CR-10001-NMG

### ASSENTED-TO MOTION TO AMEND PROCEDURAL ORDER

The Court's sentencing procedural order requires the government to provide information about known victims to the Probation Office by August 16, 2023. Due to the international nature of the investigation in this case, the government is hereby requesting additional time to gather that information and provide it to the Probation Office from our international law enforcement partners in Sweden and from NCMEC.

The government therefore respectfully requests that the Court authorize the government to provide the requested victim information by September 8, 2023. The government has conferred with defense counsel and counsel assents to this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Luke A. Goldworm
LUKE A. GOLDWORM
BENJAMIN TOLKOFF
Assistant United States
Attorney 617-748-3621

*Motion allowed.* /s/ NMGorton, USDJ 08/16/2023